IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br><br>ARCH INSURANCE COMPANY, BRITISH AMERICAN INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, XL INSURANCE AMERICA, INC., MAXUM INDEMNITY COMPANY, EVANSTON INSURANCE COMPANY, VALLEY FORGE INSURANCE COMPANY, OKLAHOMA SPECIALTY INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, TRAVELERS LLOYDS INSURANCE COMPANY, OLD REPUBLIC GENERAL INSURANCE CORPORATION, AIG SPECIALTY INSURANCE COMPANY, UNITED FIRE & CASUALTY COMPANY, AMERISURE MUTUAL INSURANCE COMPANY,<br><br>DEFENDANTS. | CIVIL ACTION NO. 3:17-CV-1585 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND

On this day came on for consideration Plaintiff's Unopposed Motion to Remand in the above-referenced action. The Court, having considered the motion, the response, the evidence on file and the arguments of counsel is of the opinion that the Unopposed Motion to Remand should be GRANTED.  This case is remanded to the 192nd Judicial District Court of Dallas County, Texas.

Signed July 7, 2017.

David C. Godbey
United States District Judge